**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>RALPH LAUREN CORPORATION, a Delaware corporation; RALPH LAUREN RETAIL, INC., a Delaware corporation; RALPH LAUREN MEDIA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 2:21-cv-00147-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS OR A STATUS REPORT**<br><br>**[L.R. 144 (A)]** |

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that the parties shall have an extension of fourteen (14) days, to May 3, 2021, in which to file Dispositional Documents or a Status Report.

**IT IS SO ORDERED.**

**Dated:  April 27, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE