WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>RALPH LAUREN CORPORATION, a Delaware corporation; RALPH LAUREN RETAIL, INC., a Delaware corporation; RALPH LAUREN MEDIA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br>　　　　　　Defendants. | CASE NO.: 2:21-cv-00147-MCE-KJN<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS OR A STATUS REPORT**<br><br>**[L.R. 144 (A)]** |

Having reviewed Defendant's Request and good cause appearing therefor, the Court hereby GRANTS the Request and ORDERS that the parties shall have an extension of fifteen (15) days, to May 18, 2021, in which to file Dispositional Documents or a Status Report.

IT IS SO ORDERED.

Dated: May 12, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE