# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPH LAUREN CORPORATION, a Delaware corporation; RALPH LAUREN RETAIL, INC., a Delaware corporation; RALPH LAUREN MEDIA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00147-MCE-KJN<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:      January 25, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 21, 2021, Parties jointly filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Dkt. 22].

////

////

////

1
ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-00147-MCE-KJN

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: November 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE